# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 12, 2016

SEAN F. McAVOY, CLERK

KRIS WAGEMANN and CORP. FOR  
NATIONAL & COMMUNITY SERVICE,  
　　　　　　　　*Plaintiff*  
v.  
UNITED STATES DEPARTMENT OF LABOR  
EMPLOYEES' COMPENSATION APPEALS BOARD,  
　　　　　　　　*Defendant*

Civil Action No. 2:16-CV-00372-JLQ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The construed Complaint (ECF No. 1-1) and the claims therein are DISMISSED WITH PREJUDICE and without costs or attorneys' fees to any party.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge　JUSTIN L. QUACKENBUSH

Date: 12/12/2016

*CLERK OF COURT*

SEAN F. McAVOY

s/ Tonia Ramirez  
　　*(By) Deputy Clerk*  
Tonia Ramirez